An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DOMINIC ANTHONY MARROCCO, AN INDIVIDUAL,
Appellant,
vs.
MARK A. HILL, AN INDIVIDUAL; AND MARCELLOUS MCZEAL, AN INDIVIDUAL,
Respondents.

No. 65773

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's motion for voluntary dismissal, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY _____

cc:   Hon. Rob Bare, District Judge
      Lionel Sawyer & Collins/Las Vegas
      Nersesian & Sankiewicz
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-19286